**James C. Mahan
U.S. District Judge**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-117 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| OSCAR OTIEL OCHOA-SANCHEZ, | |
| Defendant(s). | |

Presently before the court is the case of *United States v. Oscar Otiel Ochoa-Sanchez*, case number 2:14-cr-00117-JCM-GWF.

On May 28, 2015, defendant Ochoa pled guilty to one count of distribution of methamphetamine. (Doc. # 89). The court scheduled defendant Ochoa's sentencing for August 27, 2015, at 10:00 AM. (*Id.*).

Due to a shifting of case load assignments in the probation office, the court finds it necessary to continue defendant Ochoa's sentencing to allow probation to complete a thorough pre-sentence report on defendant Ochoa's behalf.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Oscar Otiel Ochoa-Sanchez's sentencing scheduled for August 27, 2015, at 10:00 AM be, and the same hereby is, VACATED.

. . .

. . .

. . .

1   IT IS FURTHER ORDERED that defendant's sentencing is hereby rescheduled for
2   **Thursday, September 24, 2015, at 10:30 AM**.
3   DATED July 9, 2015.

_____
UNITED STATES DISTRICT JUDGE

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**James C. Mahan**
**U.S. District Judge**

- 2 -