DANIEL G. BOGDEN
United States Attorney
District of Nevada
SUSAN CUSHMAN
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00117-JCM-GWF |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| vs. | (First Request) |
| OSCAR OTIEL OCHOA-SANCHEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney; Susan Cushman, Assistant United States Attorney, counsel for the United States of America and Frank P. Kocka, Esq. counsel for defendant, that sentencing in the above-captioned matter currently scheduled to commence on Thursday, September 24, 2015, at 10:30 a.m. be vacated and continued to the following week or the earliest available date and time convenient to all parties.

This Stipulation is entered into for the following reason:

1. Counsel for the government is scheduled to be out of the district on Thursday, September 24, 2015, but would like to personally appear on this matter since she is negotiated the case and is in the best position address the Court at sentencing.

2. The parties agree to the continuance.

3. The defendant is in custody and does not object to the continuance.

4. This is the first request to continue the sentencing.

DATED this 9th day of September, 2015.

                                      DANIEL G. BOGDEN
                                      United States Attorney

                                      /s/ Susan Cushman
                                      SUSAN CUSHMAN
                                      Assistant United States Attorney

                                      /s/ Frank Kocka

                                      FRANK P. KOCKA. ESQ.
                                      Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00117-JCM-GWF |
| Plaintiff, | |
| vs. | ORDER TO CONTINUE SENTENCING |
| OSCAR OTIEL OCHOA-SANCHEZ, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued until  October 6, 2015  at the hour of  11:00  a.m.

DATED September 11, 2015.

_____
UNITED STATES DISTRICT JUDGE

3