

```
FILED ✓        RECEIVED
ENTERED        SERVED ON
               COUNSEL/PARTIES OF RECORD

          OCT - 6 2015

       CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:                       DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-CR-117-JCM-(GWF) |
| OSCAR OTIEL OCHOA-SANCHEZ, | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(a)(1), (a)(2), and (p) based upon the plea of guilty by defendant OSCAR OTIEL OCHOA-SANCHEZ to the criminal offense, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegations of the Indictment and shown by the United States to have the requisite nexus to the offense to which defendant OSCAR OTIEL OCHOA-SANCHEZ pled guilty. Indictment, ECF No. 26; Change of Plea, ECF No. 89; Plea Agreement, ECF No. 92; Preliminary Order of Forfeiture, ECF No. 93.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

///

1  from June 6, 2015, through July 5, 2015, notifying all potential third parties of their right to petition
2  the Court. Notice of Filing Proof of Publication, ECF No. 104.

3      This Court finds no petition was filed herein by or on behalf of any person or entity and the
4  time for filing such petitions and claims has expired.

5      This Court finds no petitions are pending with regard to the assets named herein and the time
6  for presenting such petitions has expired.

7      THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
8  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
9  United States of America, and that the United States recover from OSCAR OTIEL OCHOA-
10 SANCHEZ the criminal forfeiture money judgment in the amount of $17,700 in United States
11 Currency, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18,
12 United States Code, Section 924(d)(1), (2)(C), and (3)(B) with Title 28, United States Code, Section
13 2461(c); and Title 21, United States Code, Section 853(a)(1), (a)(2), (n)(7), and (p) and the criminal
14 forfeiture money judgment shall be collected and the property and the collected amount shall be
15 disposed of according to law:

16     1. One (1) Kel-Tec model PF-9 9 millimeter semi-automatic handgun bearing
17        manufacturer's serial number S3Y89;
18     2. Any and all ammunition; and
19     3. Thirty-five thousand dollars ($35,000) in United States Currency.

20     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,
21 including but not limited to, currency, currency equivalents, certificates of deposit, as well as any
22 income derived as a result of the United States of America's management of any property forfeited
23 herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

24     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the in personam criminal
25 forfeiture money judgment is held jointly and severally liable with any codefendants and the property
26 listed above will not be applied toward the payment of the money judgment.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Michael A. Humphreys.

DATED this 6th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE