UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-117 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| OSCAR OTIEL OCHOA-SANCHEZ, | |
| Defendant(s). | |

Presently before the court is *United States v. Ochoa-Sanchez et al*, case no. 2:14-cr-00117-JCM-GWF.  Petitioner Oscar Ochoa-Sanchez ("petitioner") filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 based upon ineffective assistance of counsel.  (ECF No. 133).

Briefing shall proceed as follows: respondent has thirty (30) days from the date of this order to file a response.  Thereafter, petitioner has thirty (30) days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 133) no later than thirty (30) days from the date of this order.  Petitioner shall file a reply within thirty (30) days thereafter.

DATED January 6, 2017.

UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge