UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>OSCAR OTIEL OCHOA-SANCHEZ,<br><br>Defendant(s). | Case No. 2:14-CR-117 JCM (GWF)<br><br>ORDER |

Presently before the court is *United States v. Ochoa-Sanchez et al*, case no. 2:14-cr-00117-JCM-GWF.

On January 6, 2017, the court ordered the government to respond to petitioner's motion by February 6, 2017. (ECF No. 135).

In the instant motion, the government requests an additional twenty-one (21) days, until February 27, 2017, to file its response because it ordered transcripts but they have not arrived. (ECF No. 136). The government asserts that these transcripts may allow it to respond to petitioner's motion without needing to request an affidavit from defense counsel. (ECF No. 136).

In light of the foregoing, the court will grant the government's motion.

Accordingly,

IT IS HEREBY ORDERED that the government shall file its response to petitioner's motion by February 27, 2017. Petitioner shall file a reply within thirty (30) days thereafter.

DATED February 1, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**